In re Marriage of Jean **BAKER** and Robert J. Baker.

Jean **BAKER**, Petitioner/Appellant,

v.

Robert J. **BAKER**, Respondent/Respondent.

No. 65834.

Missouri Court of Appeals, Eastern District, Division Three.

May 30, 1995.

Aaron S. Dubin, Vines, Frankel, Rubin, Bond & Dubin, Clayton, for appellant.

Robert J. Baker, Hazelwood, pro se.

Sarah S. Pleban, Greenburg, Pleban & Fleming, St. Louis, guardian ad litem.

Before CRANE, P.J., and CRANDALL and DOWD, JJ.

*ORDER*

PER CURIAM.

This is an appeal from the trial court's order denying petitioner's cross-motion to modify, assessing costs, and awarding a guardian ad litem fee. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

■

STATE of Missouri, Respondent,

v.

Elaine **BREMMER**, Appellant.

No. 67086.

Missouri Court of Appeals, Eastern District, Division One.

May 30, 1995.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Elaine I. Bremmer, appeals from her conviction by jury in the Circuit Court of Shelby County for robbery in the second degree, RSMo § 569.030. We affirm.

We have reviewed the briefs of the parties, the trial transcript, and the legal file and find the trial court did not err in not declaring a mistrial *sua sponte*. As we further find no jurisprudential purpose would be served by a written opinion, we affirm the circuit court pursuant to Rule 30.25(b).